Ovadio VARON, respondent, v. AMERICAN MANUFACTURING COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1916.) Upon consent of respondent, order reversed on argument, with $10 costs and disbursements, and motion granted. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

Ovadio VARON, respondent, v. AMERICAN MANUFACTURING COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. March 17, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

In the Matter of Elizabeth VOLZE, deceased. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Decree affirmed, with costs. No opinion. Order filed.

Charles C. VOORHEES, respondent, v. Laura A. CREGAN, appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1916.) Application denied, with $10 costs.

WAHLE–PHILLIPS CO., Applt., v. Mary A. FITZGERALD, impld., Respt. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Judgment (83 Misc. Rep. 636, 146 N. Y. Supp. 562) affirmed, with costs, in Caldwell v. Glazier, 138 App. Div. 826, 123 N. Y. Supp. 622, with leave to the appellant to appeal from this order to the Court of Appeals. Order filed.

In the Matter of the claim of Eugene B. WAITE, Jr., etc., v. The PENNSYLVANIA RAILROAD COMPANY, employer. (Supreme Court, Appellate Division, Third Department. March 23, 1916.) Motion denied.

William WALDEN, respondent, v. Harris GOODMAN, appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1916.) Application denied, with $10 costs.

In the Matter of the Application of Joseph Aloysius WALSH, for reinstatement. (Supreme Court, Appellate Division, Second Department. March 17, 1916.) Application granted.

Moritz WALTER and ano., Applts., v. Katherine G. FARRELL, Respt. (Supreme Court, Appellate Division, First Department. February 11, 1916.) Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. No opinion. Order filed.

Arthur WARRINER, Respt., v. The HOCKING VALLEY RY. CO., Applt. (Supreme Court, Appellate Division, First Department. March 10, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Henry J. WASHBURN, respondent, v. John T. RAINIER and Paul N. Lineberger, appellants, and others, defendants. (Supreme Court, Appellate Division, Second Department. March 17, 1916.) Judgment reversed, with costs, and judgment rendered for the defendants John T. Rainier and Paul N. Lineberger, dismissing the complaint on the merits, with costs, on the authority of Washburn v. Rainier, 149 App. Div. 800, 134 N. Y. Supp. 301. The twenty-third, twenty-fourth, twenty-fifth and twenty-sixth findings of fact, and the third, fourth, fifth, sixth and seventh conclusions of law are reversed, and findings of fact and conclusions of law as requested by the defendants and numbered as follows are made: Eleventh, twelfth, thirteenth and fourteenth findings of fact; first, second, third, fourth, fifth and sixth conclusions of law. Jenks, P. J., and Thomas, Carr, Stapleton, and Rich, JJ., concur.

John G. WEEKS v. Frances A. CASAZZA. (Supreme Court, Appellate Division, First Department. March 10, 1916.) Motion denied on conditions stated in order. Order filed.

John WEEKS (trading as "Weeks"), Respt., v. Frances A. CASSAZZA, Applt. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Order reversed, with $10 costs and disbursements, and motion granted. No opinion. Order filed.

John WEGMANN, Respt., v. JOHN J. HEARN CONSTRUCTION CO., Applt. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

Matter of Perry A. WEINBERG, Respt., v. Marcus M. MARKS, as President, etc., and Margare O. Sage, Applt. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Cornelius WESTERFIELD, appellant, v. Jennie W. FRANCKE et al., respondents. (Supreme Court, Appellate Division, Second Department. February 4, 1916.) Motion denied, and stay vacated, with $10 costs.

In the Matter of the Estate of George WESTLAKE, deceased. (Supreme Court, Appellate Division, Second Department. March 17, 1916.) Order of the Surrogate's Court of Queens County affirmed, with $10 costs and disbursements. The petitioner has sufficient interest to initiate the proceeding. The question whether the statute of limitations is a bar is not decided, as the court is not fully advised of the will of George Westlake, or of the decree, or duration of Minnie A. Waldecker's participation in the administration of it, or her attitude towards it. Matter of Jordan, 50 App. Div. 244, 63 N. Y. Supp. 911; Matter of Irvin, 68 App. Div. 158, 162, 74 N. Y. Supp. 443; Matter of Meyer, 98 App. Div. 7, 90 N. Y. Supp. 185, affirmed 181 N. Y. 553, 74 N. E. 1120; Matter of